THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WADE ABUAN, ) <br> ) <br> Defendant. ) <br> ) | No. CR15-370-RSL <br><br> (~~PROPOSED~~) ORDER TO STRIKE HEARING |

Mr. Abuan is scheduled for a disposition hearing on September 7, 2018. The Probation Department has reported that Mr. Abuan was been in compliance with the terms of supervised release since his last court appearance, and the Probation Department recommends that the Court take no action. In light of the Probation Department's recommendation that this Court take no action, and with the support of the Probation Department and the parties, Assistant Federal Defender Dennis Carroll and Assistant United States Attorney Tate London,

//

ORDER TO STRIKE HEARING
(*Wade Abuan*, CR15-370-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

THE COURT STRIKES the final hearing on revocation of supervised release scheduled for September 7, 2018, and Mr. Abuan will continue on his current term of supervised release.

DATED this 5th day of September, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Federal Public Defender
Attorney for Wade Abuan

ORDER TO STRIKE HEARING
(*Wade Abuan*, CR15-370-RSL) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100